**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10545-TPA |
|     Kenneth J. Evans and Karen A. Evans | : | |
|     Debtors | : | |
| | : | Chapter 13 |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A. | : | |
|     Movant | : | |
| | : | Related to Claim No. 4 |
|     v. | : | |
| | : | |
| Kenneth J. Evans and Karen A. Evans and | : | |
| Ronda J Winnecour Esq., Chapter 13 Trustee | : | |
|     Respondents | : | |

**AND NOW**, this **5th day of February 2018,** upon consideration of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Citizens Bank, N.A. f/k/a RBS Citizens, N.A.** at Claim No. 4 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Dated:  February 5, 2018

                                 By:        Rebeka A. Seelinger, Esquire
                                                    SEELINGER LAW
                                                    Attorney for Debtor
                                                    PA ID #93897
                                                    4640 Wolf Road
                                                    Erie, PA 16505
                                                    (814) 824-6670
                                                    rebeka@seelingerlaw.com