IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10545-TPA |
|     Kenneth J. Evans and Karen A. Evans | : | |
|         Debtors | : | |
| | : | Chapter 13 |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A. | : | |
|         Movant | : | |
| | : | Related to Claim No. 4 |
|         v. | : | |
| | : | |
| Kenneth J. Evans and Karen A. Evans and | : | |
| Ronda J Winnecour Esq., Chapter 13 Trustee | : | |
|         Respondents | : | |

NOW, this 9th day of February 2020, upon review of the NOTICE OF MORTGAGE

PAYMENT CHANGE filed by Citizens Bank, N.A. f/k/a RBS Citizens, N.A. at Claim No. 4

in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to

fund the Plan with the modified debt, namely payments of $1,625.98, effective 2/1/2020.

Dated: February 9, 2020          Signed:   /s/ Rebeka A. Seelinger Esq.
                                            Rebeka A. Seelinger, Esquire
                                            Seelinger Law Corporation
                                            Attorney for Debtors
                                            PA ID #93897
                                            4640 Wolf Road
                                            Erie, PA 16505
                                            (814) 824-6670
                                            rebeka@seelingerlaw.com