IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10545-TPA |
|    Kenneth J. Evans and Karen A. Evans | : | |
|        Debtors | : | |
| | : | Chapter 13 |
| Citizens Bank, N.A. f/k/a RBS Citizens, N.A. | : | |
|        Movant | : | |
| | : | Related to Claim No. 4 |
|        v. | : | |
| | : | |
| Kenneth J. Evans and Karen A. Evans and | : | Document No. |
| Ronda J Winnecour Esq., Chapter 13 Trustee | : | |
|        Respondents | : | |

## DECLARATION

Upon review of the NOTICE OF MORTGAGE PAYMENT CHANGE filed by Citizens Bank, N.A. f/k/a RBS Citizens, N.A. at Claim No. 4 in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely payments of $1,597.99, effective 2/1/2021.

Dated: January 8, 2021

/s/ Rebeka A. Seelinger Esq.
Rebeka A. Seelinger, Esquire
Seelinger Law Corporation
Attorney for Debtors
PA ID #93897
4640 Wolf Road
Erie, PA 16505
(814) 824-6670
rebeka@seelingerlaw.com