**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

07/13/2021

IN RE:

KENNETH J. EVANS
KAREN A. EVANS
5218 WOODBRIDGE CT.
ERIE, PA 16509
XXX-XX-3723        Debtor(s)

XXX-XX-0395

Case No. 17-10545 TPA

Chapter 13

---

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

7/13/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  R US/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 2132 |
| **MARY F KENNEDY ESQ**<br>LAW OFFICES OF GREG JAVARDIAN<br>1310 INDUSTRIAL BLVD STE 101<br><br>SOUTHAMPTON, PA  18966 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CITIZENS BANK/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS BANK NA F/K/A RBS CITIZENS NA\*\***<br>ATTN MORTGAGE PAYMENT PROCESSING\*<br>10561 TELEGRAPH RD<br><br>GLEN ALLEN, VA  23059 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  CL4GOVS\*PMT/DECL\*DKT4PMT-LMT\*BGN 6/17 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9045 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490\*\*<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL\*436.31 X (60+2)=LMT\*BGN 7/17-CL\*5.25%/FACE\*$0ARRS/PL-CL\*DK | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 0076 |
| **TOYOTA MOTOR CREDIT CORP (TMCC)**<br>POB 9490\*\*<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL\*430.16 X (60+2)=LMT\*$0ARRS/PL-CL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 0075 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  6,411.54<br>COMMENT:  CL3GOVS\*6433/PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 3723 |
| **AT&T UNIVERSAL CARD**<br>POB 6500<br><br>SIOUX FALLS, SD  57117 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1786 |
| **BANK OF AMERICA NA\*\*++**<br>POB 26012<br>NC4-105-02-77<br><br>GREENSBORO, NC  27410 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2208 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM:  9,798.03<br>COMMENT:  CAP ONE\*TIMELY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 0933 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM:  9,606.51<br>COMMENT:  CAP ONE\*TIMELY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8418 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE++**<br>CORRESPONDENCE DEPT<br>PO BOX 15278<br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CHASE CARD/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5909 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 133.78<br>COMMENT: COMENITY*THE BUCKLE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4457 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 164.70<br>COMMENT: VICTORIA SECRET*COMENITY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3629 |
| **COMENITY BANK**<br>PO BOX 182789<br>COLUMBUS, OH 43218 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADRS/SCH*BON TON | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5871 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 12,946.53<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2906 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC 28269 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: KOHLS*NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4938 |
| **NORTHWEST BANK***<br>COLLECTIONS DEPT*<br>100 LIBERTY ST<br>PO BOX 337*<br>WARREN, PA 16365 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 5,888.14<br>COMMENT: X0550/SCH*INSUFF POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1442 |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 4,672.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7595 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,023.88<br>COMMENT: TOYS R US/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2132 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 1,562.95<br>COMMENT: CARE CREDIT*SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1133 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 10,701.10<br>COMMENT: SYNCHRONY*SAMS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0347 |
| **SYNCHRONY BANK**<br>PO BOX 965060<br>ATTN BANKRUPTCY DEPT<br>ORLANDO, FL 32896-5060 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: POB NT/SCH*TJX | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3614 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 398.86<br>COMMENT: MACYS | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4710 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 110.12<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3723 |
| **CITIZENS BANK NA F/K/A RBS CITIZENS NA****<br>ATTN MORTGAGE PAYMENT PROCESSING*<br>10561 TELEGRAPH RD<br>GLEN ALLEN, VA 23059 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 522.64<br>COMMENT: CL4GOVS*$0ARRS/PL*THRU 5/17 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9045 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOYOTA/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |