**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/17/22 4:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
  KENNETH J. EVANS
KAREN A. EVANS
        Debtor(s)
Ronda J. Winnecour, Trustee
  Movant
    vs.
KENNETH J. EVANS
KAREN A. EVANS

      Respondents

Case No.17-10545TPA

Chapter 13

Document No. 39

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___17th___ day of ___May___, 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

National Fuel Gas Distribution
Attn: Payroll Manager
6363 Main St
Williamsville, NY 14221

is hereby ordered to immediately terminate the attachment of the wages of KENNETH J. EVANS, social security number

XXX-XX-3723. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KENNETH J. EVANS

BY THE COURT:

_____
jlm
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10545-TPA |
| Kenneth J. Evans | Chapter 13 |
| Karen A. Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J. Evans, Karen A. Evans, 5218 Woodbridge Ct., Erie, PA 16509-2592 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Mary F. Kennedy | |
| | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | |
| | on behalf of Debtor Kenneth J. Evans rebeka@seelingerlaw.com |
| Rebeka Seelinger | |
| | on behalf of Joint Debtor Karen A. Evans rebeka@seelingerlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1      User: auto      Page 2 of 2
Date Rcvd: May 17, 2022      Form ID: pdf900      Total Noticed: 1
TOTAL: 6