IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-10545 TPA |
|     Kenneth J Evans | : | |
|     Karen A Evans | : | |
|         Debtors | : | Chapter 13 |
| | : | |
|     Kenneth J Evans | : | |
|     Karen A Evans | : | |
|         Movants | : | |
| | : | |
|         v. | : | |
|     Ronda J Winnecour, Esquire, | : | |
|     Chapter 13 Trustee | : | |
|         Respondent | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors have not required to pay any Domestic Support Obligations.

3. The Debtor are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 6, 2017, at docket numbers 17 & 18, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the forms.

   This Certification is being signed under penalty of perjury by the Debtors' undersigned counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 24, 2022        By:    /s/ Rebeka A. Seelinger
                                                          Rebeka A. Seelinger, Esquire
                                                          SEELINGER LAW
                                                          Attorney for Debtor
                                                          PA ID #93897
                                                          4640 Wolf Road
                                                          Erie, PA 16505
                                                          (814) 824-6670
                                                          rebeka@seelingerlaw.com

**PAWB Local Form 24 (07/13)**