Form 300b

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kenneth J. Evans** | : | Case No. 17−10545−TPA |
| **Karen A. Evans** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 43 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 7/27/22 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 25th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 43 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before July 11, 2022**, any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on ***July 27, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10545-TPA |
| Kenneth J. Evans | Chapter 13 |
| Karen A. Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: 300b | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J. Evans, Karen A. Evans, 5218 Woodbridge Ct., Erie, PA 16509-2592 |
| 14632211 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14647472 | + | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14632219 | | Northwest Savings Bank, 2 Liberty St, Warren, PA 16365 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14632208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:46 | AT&T Universal Card, PO Box 6235, Sioux Falls, SD 57117-6235 |
| 14632209 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2022 23:57:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14635731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 25 2022 23:57:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14632220 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 25 2022 23:57:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14632210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:32 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14647472 | ^ | MEBN | May 25 2022 23:52:40 | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14632214 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 23:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14632213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 23:57:00 | Comenity Bank/the Buckle, Po Box 18215, Columbus, OH 43218 |
| 14632215 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 23:57:00 | Comenitybank/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14632225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:37 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14707011 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2022 23:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14638414 | | Email/Text: mrdiscen@discover.com | May 25 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14632216 | + | Email/Text: mrdiscen@discover.com | | |

Case 17-10545-TPA    Doc 45    Filed 05/27/22    Entered 05/28/22 00:28:44    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 300b | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 25 2022 23:57:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14632217 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2022 23:57:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14632212 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 00:01:20 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14632218 | + | Email/Text: PBNCNotifications@peritusservices.com | May 25 2022 23:57:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14696924 | + | Email/Text: bankruptcydpt@mcmcg.com | May 25 2022 23:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14707624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14632874 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 00:01:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14667889 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2022 23:57:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14632221 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:20 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14632222 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632223 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:21 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632224 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:20 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632488 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2022 23:57:00 | Toyota Motor Credit, PO Box 105386, Atlanta GA 30348-5386 |
| 14654880 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 25 2022 23:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. f/k/a RBS Citizens, N.A. |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14632226 | *+ | AT&T Universal Card, PO Box 6235, Sioux Falls, SD 57117-6235 |
| 14632227 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14632229 | *P++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577, address filed with court:, Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14632238 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14632228 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14632232 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14632231 | * | Comenity Bank/the Buckle, Po Box 18215, Columbus, OH 43218 |
| 14632233 | *+ | Comenitybank/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14632243 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14632234 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14632235 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14632230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14632236 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14632237 | * | Northwest Savings Bank, 2 Liberty St, Warren, PA 16365 |

Case 17-10545-TPA    Doc 45    Filed 05/27/22    Entered 05/28/22 00:28:44    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: May 25, 2022 | Form ID: 300b | Total Noticed: 29 |

| 14632239 | *+ | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| --- | --- | --- |
| 14632240 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632241 | *+ | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632242 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14687840 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
                  on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com

Mary F. Kennedy
                  on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com

Office of the United States Trustee
                  ustpregion03.pi.ecf@usdoj.gov

Rebeka Seelinger
                  on behalf of Debtor Kenneth J. Evans rebeka@seelingerlaw.com

Rebeka Seelinger
                  on behalf of Joint Debtor Karen A. Evans rebeka@seelingerlaw.com

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 6