**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> KENNETH J. EVANS <br> KAREN A. EVANS <br>         Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>         Movant <br>         vs. <br> No Respondents. | Case No.:17-10545 TPA <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.


May 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/23/2017 and confirmed on 7/12/17. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 179,950.00 |
| Less Refunds to Debtor | 1,525.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 178,425.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 8,186.13 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,686.13 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CITIZENS BANK NA F/K/A RBS CITIZENS N | 0.00 | 97,364.55 | 0.00 | 97,364.55 |
|     Acct: 9045 | | | | |
|   CITIZENS BANK NA F/K/A RBS CITIZENS N | 522.64 | 522.64 | 0.00 | 522.64 |
|     Acct: 9045 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 26,178.60 | 0.00 | 26,178.60 |
|     Acct: 0076 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 0.00 | 25,809.60 | 0.00 | 25,809.60 |
|     Acct: 0075 | | | | |
| | | | | 149,875.39 |
| **Priority** | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH J. EVANS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH J. EVANS | 1,525.00 | 1,525.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBEKA A SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SEELINGER LAW CORPORATION | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 6,411.54 | 6,411.54 | 0.00 | 6,411.54 |
|     Acct: 3723 | | | | |
| | | | | 6,411.54 |
| **Unsecured** | | | | |
|   AT&T UNIVERSAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1786 | | | | |
|   BANK OF AMERICA NA**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2208 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 9,798.03 | 1,765.45 | 0.00 | 1,765.45 |
|     Acct: 0933 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 9,606.51 | 1,730.94 | 0.00 | 1,730.94 |
|     Acct: 8418 | | | | |
|   JPMORGAN CHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5909 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 133.78 | 24.11 | 0.00 | 24.11 |
| Acct: 4457 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 164.70 | 29.68 | 0.00 | 29.68 |
| Acct: 3629 | | | | |
| COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5871 | | | | |
| DISCOVER BANK(*) | 12,946.53 | 2,332.76 | 0.00 | 2,332.76 |
| Acct: 2906 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4938 | | | | |
| NORTHWEST BANK* | 5,888.14 | 1,060.94 | 0.00 | 1,060.94 |
| Acct: 1442 | | | | |
| CITIZENS BANK NA(*) | 4,672.40 | 841.89 | 0.00 | 841.89 |
| Acct: 7595 | | | | |
| MIDLAND FUNDING LLC | 2,023.88 | 364.67 | 0.00 | 364.67 |
| Acct: 2132 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,562.95 | 281.62 | 0.00 | 281.62 |
| Acct: 1133 | | | | |
| MIDLAND FUNDING LLC | 10,701.10 | 1,928.17 | 0.00 | 1,928.17 |
| Acct: 0347 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3614 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 398.86 | 71.87 | 0.00 | 71.87 |
| Acct: 4710 | | | | |
| INTERNAL REVENUE SERVICE* | 110.12 | 19.84 | 0.00 | 19.84 |
| Acct: 3723 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2132 | | | | |
| MARY F KENNEDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,451.94 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 166,738.87 |

TOTAL CLAIMED
PRIORITY        6,411.54
SECURED           522.64
UNSECURED    58,007.00

Date: 05/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KENNETH J. EVANS
    KAREN A. EVANS
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-10545 TPA

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10545-TPA |
| Kenneth J. Evans | Chapter 13 |
| Karen A. Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J. Evans, Karen A. Evans, 5218 Woodbridge Ct., Erie, PA 16509-2592 |
| 14632211 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14647472 | + | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14632219 | | Northwest Savings Bank, 2 Liberty St, Warren, PA 16365 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14632208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:37 | AT&T Universal Card, PO Box 6235, Sioux Falls, SD 57117-6235 |
| 14632209 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 25 2022 23:57:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14635731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 25 2022 23:57:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14632220 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 25 2022 23:57:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14632210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 26 2022 00:01:20 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14647472 | ^ | MEBN | May 25 2022 23:52:41 | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14632214 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 23:57:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14632213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 23:57:00 | Comenity Bank/the Buckle, Po Box 18215, Columbus, OH 43218 |
| 14632215 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 23:57:00 | Comenitybank/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14632225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 26 2022 00:01:27 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14707011 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2022 23:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14638414 | | Email/Text: mrdiscen@discover.com | May 25 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14632216 | + | Email/Text: mrdiscen@discover.com | | |

|  |  |  | May 25 2022 23:57:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| --- | --- | --- | --- | --- |
| 14632217 |  | Email/Text: sbse.cio.bnc.mail@irs.gov | May 25 2022 23:57:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14632212 |  | Email/PDF: ais.chase.ebn@aisinfo.com | May 26 2022 00:01:20 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14632218 | + | Email/Text: PBNCNotifications@peritusservices.com | May 25 2022 23:57:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14696924 | + | Email/Text: bankruptcydpt@mcmcg.com | May 25 2022 23:58:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14707624 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14632874 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 00:01:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14667889 |  | Email/Text: bnc-quantum@quantum3group.com | May 25 2022 23:57:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14632221 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:42 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14632222 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:33 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632223 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:41 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632224 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:42 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632488 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2022 23:57:00 | Toyota Motor Credit, PO Box 105386, Atlanta GA 30348-5386 |
| 14654880 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 25 2022 23:57:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | Citizens Bank, N.A. f/k/a RBS Citizens, N.A. |
| cr |  | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14632226 | *+ | AT&T Universal Card, PO Box 6235, Sioux Falls, SD 57117-6235 |
| 14632227 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14632229 | *P++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577, address filed with court:, Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14632238 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14632228 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14632232 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14632231 | * | Comenity Bank/the Buckle, Po Box 18215, Columbus, OH 43218 |
| 14632233 | *+ | Comenitybank/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 14632243 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14632234 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14632235 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14632230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14632236 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14632237 | * | Northwest Savings Bank, 2 Liberty St, Warren, PA 16365 |

| | | |
|---|---|---|
| 14632239 | *+ | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14632240 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632241 | *+ | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632242 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14687840 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank  N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Kenneth J. Evans rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Joint Debtor Karen A. Evans rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6