IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
7/18/22 9:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
KENNETH J. EVANS
KAREN A. EVANS
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:17-10545 TPA

Chapter 13

Document No.: 43

ORDER OF COURT

AND NOW, this \_\_\_18th\_\_\_ day of \_\_\_July\_\_\_, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10545-TPA |
| Kenneth J. Evans | Chapter 13 |
| Karen A. Evans | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 3
Date Rcvd: Jul 18, 2022      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth J. Evans, Karen A. Evans, 5218 Woodbridge Ct., Erie, PA 16509-2592 |
| 14632211 | ++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577 address filed with court:, Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14632219 | | Northwest Savings Bank, 2 Liberty St, Warren, PA 16365 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14632208 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2022 00:00:16 | AT&T Universal Card, PO Box 6235, Sioux Falls, SD 57117-6235 |
| 14632209 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 18 2022 23:53:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14632220 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 18 2022 23:53:00 | RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14635731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 18 2022 23:53:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14632210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2022 23:49:55 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14647472 | ^ | MEBN | Jul 18 2022 23:47:33 | Citizens Bank, N.A., f/k/a RBS Citizens, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 14632214 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2022 23:53:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14632213 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2022 23:53:00 | Comenity Bank/the Buckle, Po Box 18215, Columbus, OH 43218 |
| 14632215 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2022 23:53:00 | Comenitybank/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14632225 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 19 2022 00:00:16 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14707011 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2022 23:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14638414 | | Email/Text: mrdiscen@discover.com | Jul 18 2022 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14632216 | + | Email/Text: mrdiscen@discover.com | Jul 18 2022 23:53:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |

Case 17-10545-TPA    Doc 50    Filed 07/20/22    Entered 07/21/22 00:25:06    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14632217 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 18 2022 23:53:00 | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14632212 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 18 2022 23:49:34 | Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14632218 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 18 2022 23:53:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14696924 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 18 2022 23:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14707624 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 19 2022 00:00:09 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14632874 | + | Email/PDF: rmscedi@recoverycorp.com | Jul 18 2022 23:49:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14667889 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2022 23:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14632221 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 23:49:36 | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14632222 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 23:49:36 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632223 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 23:49:36 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632224 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 18 2022 23:49:46 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632488 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 18 2022 23:53:00 | Toyota Motor Credit, PO Box 105386, Atlanta GA 30348-5386 |
| 14654880 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 18 2022 23:53:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citizens Bank, N.A. f/k/a RBS Citizens, N.A. |
| cr | | Toyota Motor Credit Corporation |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14632226 | *+ | AT&T Universal Card, PO Box 6235, Sioux Falls, SD 57117-6235 |
| 14632227 | *+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14632229 | *P++ | CCO MORTGAGE CORP, 10561 TELEGRAPH RD, GLEN ALLEN VA 23059-4577, address filed with court:, Cco Mortgage Corp., 10561 Telegraph Rd, Glen Allen, VA 23059 |
| 14632238 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, RBS Citizens Cc, 1 Citizens Dr, Ms: Rop 15b, Riverside, RI 02915 |
| 14632228 | *+ | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14632232 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14632231 | * | Comenity Bank/the Buckle, Po Box 18215, Columbus, OH 43218 |
| 14632233 | *+ | Comenitybank/bonton, 3100 Easton Square Pl, Columbus, OH 43219-6289 |
| 14632243 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14632234 | *+ | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14632235 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14632230 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Correspondence, Po Box 15278, Wilmington, DE 19850 |
| 14632236 | *+ | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14632237 | * | Northwest Savings Bank, 2 Liberty St, Warren, PA 16365 |
| 14632239 | *+ | Syncb/Toys 'R' Us, Po Box 965064, Orlando, FL 32896-5064 |
| 14632240 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2022 | Form ID: pdf900 | Total Noticed: 29 |

| 14632241 | *+ | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14632242 | *+ | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14687840 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Mary F. Kennedy | on behalf of Creditor Citizens Bank N.A. f/k/a RBS Citizens, N.A. mary@javardianlaw.com, coleen@javardianlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | on behalf of Debtor Kenneth J. Evans rebeka@seelingerlaw.com |
| Rebeka Seelinger | on behalf of Joint Debtor Karen A. Evans rebeka@seelingerlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6